**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

v.                                    Case No. 5:03cr33/MCR

DAVID E. MARTINELLI
_____/

**SUPPLEMENTAL FINAL ORDER OF SUBSTITUTE FORFEITURE AS**
**TO ALL PERSONS AND ENTITIES**

THIS CAUSE CAME before the Court on the United States' Motion and Memorandum for Issuance of a Supplemental Final Order of Substitute Forfeiture as to All Persons and Entities. Being fully advised in the premises, the Court finds as follows:

_____WHEREAS, on August 2, 2004, the Court entered a Final Order of Forfeiture as to Defendant David E. Martinelli, forfeiting his interest in $4.4 million in U.S. Currency; and

WHEREAS, this Court entered Orders Forfeiting Substitute Property with regard to the property described below; and

WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition pursuant to Rule G (4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

WHEREAS, all claims or petitions regarding the property described below have been settled and the time for filing petitions expired;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1.      That all right, title and interest in the property described below is condemned, forfeited and vested in the United States of America.

**A.      Approximately $189,089.61, plus accrued interest, if any, held in the registry of the court, as proceeds of the sale of property described as Lot 19, Block C, Seminole Park, recorded in Book 6931, Page 2567, Orange County, Florida.**

B.      Two time share condominiums located at Hilton Grand Vacation Time Shares in Captiva, Florida, week number 51 valued at approximately $64,000 (sixty-four thousand dollars), and week number 52 valued at $68,000 (sixty-eight thousand dollars)(according to Virginia B. Martinelli, two of which are jointly held in the names of Virginia B. and Olivia D. Martinelli, and one of which is held in the name of DAVID E. MARTINELLI).

C.      The contents, including but not limited to, approximately $15,000 (fifteen thousand dollars) held in AmSouth Bank accounts, as follows:

   1)      AmSouth Bank Account No. 44981392 in the name of "MERIDALE, INC." containing $5,027.03 as of September 30, 2004;

   2)      AmSouth Bank Account No. 44981414 in the name of "MERIDALE, INC." containing $5,027.03 as of September 30, 2004; and

   3)      AmSouth Bank Account No. 44981406 in the name of "MERIDALE, INC." containing $5,027.03 as of September 30, 2004.

D.      Property described as Unit/Week(s) 989/50; 989/51; and 989/52, Harbourview Villas at South Seas Resort, a condominium ("Condominium"), together with all appurtenances thereto, according to declaration of condominium thereof recorded in Official Record Book 4202, Page 3254, Public Records of Lee County, Florida, and all exhibits attached thereto, and any amendments thereof ("Declaration"), purchased by MERIDALE, INC. on or about February 20, 2004.

E.      The remaining approximately $14,425.44 proceeds of the sale of property, including any accrued interest, if any, held in the registry of the court, described as Unit/Week 989/1, Harbourview Villas at South Seas Resort, a condominium ("Condominium"), together with all appurtenances thereto, according to declaration of condominium thereof recorded in Official Record Book 4202, Page 3254, Public Records of Lee County, Florida, and all exhibits attached thereto, and any amendments thereof ("Declaration"), purchased by MERIDALE, INC. On or about February 20, 2004. The sale of this property closed July 26, 2004, causing $38, 695 in net proceeds to be wired to MERIDALE, INC. Wachovia bank account number 200017113276.

2.      That no person or entity has established any legal right, title or interest in the property above, and that forfeiture is now final.

3.      That the proceeds of this forfeiture shall be applied to the $4.4 million money judgment entered against David E. Martinelli.

4.      That the Department of Treasury shall dispose of the property according to law.

**IT IS SO ORDERED** this 17th day of February, 2009.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:03cr33/MCR