IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                                                          5:03cr33/MCR
                                                                                  5:09cv135/MCR/MD

DAVID E. MARTINELLI

## **O R D E R**

Defendant has filed a motion to vacate, set aside, or correct sentence under title 28 United States Code § 2255 along with a supporting memorandum of law.  Because defendant has not submitted the required form, he will be required to file an amended motion.  Rule 5.1(J) of the Local Rules for the Northern District of Florida requires that motions under 28 U.S.C. § 2255 be on the prescribed form.  The use of a prescribed form was adopted for reasons of administrative convenience.  This court, with its large volume of habeas actions, saves valuable time if it is not required to decipher lengthy and often unintelligible submissions.  This saving would be lost if the defendants were allowed to either forgo use of the form entirely, or to fill in the form with a notation instead of completing the form itself.  In light of the administrative benefits derived from the use of the form, defendant must **fully complete** the form, providing a brief statement of each ground for relief and the supporting facts in the space provided.  Defendant may but is not required to submit an accompanying and separate memorandum, which shall not exceed twenty-five pages in length.  He shall also submit <u>one</u> identical copy of the motion and supporting

memorandum, if any, for service.   Defendant is advised that it is not the court's practice to return copies of pleadings mailed to the court unless adequate return postage and a self-addressed stamped envelope has been provided.

Accordingly, it is ORDERED:

1. The Clerk shall mail to the defendant a copy of this order and a copy of the form for use in Section 2255 cases.   This case number should be written on the form.

2.  Within thirty days, defendant shall file his amended motion and supporting memorandum of law, if any.  He shall also provide one identical service copy of the amended motion and attachments, if any.  The amended motion should be complete in and of itself and must not refer to the original motion or any attachments thereto.

3. Failure to comply with this order may result in a recommendation that the motion be denied.

DONE AND ORDERED this 15th day of April, 2009.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:03cr33/MCR; 5:09cv135/MCR/MD*