IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

       **Plaintiff**

v.                                         Case No. 5:03cr33/MCR

**DAVID E. MARTINELLI**

       **Defendant**
_____/

## AMENDED SUPPLEMENTAL FINAL ORDER OF SUBSTITUTE FORFEITURE AS TO ALL PERSONS AND ENTITIES

THIS CAUSE CAME before the Court on the United States' Consented Motion to Amend the Supplemental Final Order of Substitute Forfeiture as to All Persons and Entities. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on February 17, 2009, this Court entered a Supplemental Final Order of Substitute Forfeiture as to All Persons and Entities forfeiting, among other properties, real property described as:

> **Two time share condominiums located at Hilton Grand Vacation Time Shares in Captive, Florida, week number 51 valued at approximately $64,000 (sixty-four thousand dollars), and week number 52 valued at $68,000 (sixty-eight thousand dollars) (according to Virginia B. Martinelli, two of which are jointly held in the names of Virginia B. and Olivia D. Martinelli, and one of which is held in the name of DAVID E. MARTINELLI).**

WHEREAS, the Department of Treasury, Internal Revenue Service has advised that the legal description set out above omits information necessary to pass clear title; and

WHEREAS, the Department of Treasury, Internal Revenue Service has supplied the complete and correct legal description as:

> **Unit Week No. 51/52 in Condominium Parcel No. 1513 of the T.S. COTTAGES AT SOUTH SEAS PLANTATION, a condominium according to the Declaration of Condominium thereof, recorded in Official Records Book 1657, at Page 2197-2287 in the Public Records of Lee County, Florida, and all Amendment(s)**

thereto, if any, until 12:00 noon on the first Friday in the year 2023, at which date said estate shall terminate, together with a remainder over in fee simple absolute, as tenants in common with the other owners of all of the unit weeks in the above described condominium parcel in the percentage interest determined and established by Exhibit Number 6 to the aforesaid Declaration of Condominiums.

WHEREAS, counsel for Olivia Martinelli, has no objection to this Amended Order correcting the legal description;

IS HEREBY ORDERED, ADJUDGED and DECREED:

1. The legal description described in paragraph B of the Supplemental Final Order of Substitute Forfeiture as to All Persons and Entities (Doc. 352) is hereby amended to read:

**Unit Week No. 51/52 in Condominium Parcel No. 1513 of the T.S. COTTAGES AT SOUTH SEAS PLANTATION, a condominium according to the Declaration of Condominium thereof, recorded in Official Records Book 1657, at Page 2197-2287 in the Public Records of Lee County, Florida, and all Amendment(s) thereto, if any, until 12:00 noon on the first Friday in the year 2023, at which date said estate shall terminate, together with a remainder over in fee simple absolute, as tenants in common with the other owners of all of the unit weeks in the above described condominium parcel in the percentage interest determined and established by Exhibit Number 6 to the aforesaid Declaration of Condominiums.**

**IT IS SO ORDERED** this 18th day of February, 2010, nunc pro tunc to February 17, 2009.

      *s/ M. Casey Rodgers*
      **M. CASEY RODGERS**
      **UNITED STATES DISTRICT JUDGE**

Case No.: 5:03cr33/MCR