IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　　Case No.　　5:03cr33/MCR
　　　　　　　　　　　　　　　　　　　　　　　　　5:09cv135/MCR/CJK
DAVID E. MARTINELLI

_____/

**O R D E R**

　　　　Upon consideration of the Amended Report and Recommendation of the Magistrate Judge filed on August 11, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation (doc. 412), the Recommendation is adopted as the opinion of the Court.

　　　　Accordingly, it is now ORDERED as follows:

　　　　1.　　The magistrate judge's amended report and recommendation (doc. 411) is adopted and incorporated by reference in this order.

　　　　2.　　The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 362) is DENIED.

　　　　**DONE AND ORDERED** this 30th day of August, 2011.

　　　　　　　　　　　　　　　　　　　　_s/ M. Casey Rodgers_
　　　　　　　　　　　　　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**